# Exhibit B

# PHILLIPS & ASSOCIATES

*ATTORNEYS AT LAW*

45 BROADWAY SUITE 620, NEW YORK, NY 10006
TEL: 212-248-7431   FAX: 212-901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
*A PROFESSIONAL LIMITED LIABILITY COMPANY*

October 9, 2019

**Via U.S. Mail, Certified, Return Receipt Requested**
Hon. Carmelyn P. Malalis, Chair
New York City Commission on Human Rights
22 Reade Street
New York, New York 10007

Hon. Georgia M. Pestana
Acting Corporation Counsel of the City of New York
New York City Law Department
100 Church Street
New York, New York 10007

Re: Bernard Wilkerson v. Metropolitan Transportation Authority, New York City Transit Authority, and Ricardo John, *individually*,

Your Honors:

Pursuant to the notice requirements of Section 8-502 of the New York City Administrative Code, please find enclosed copies of the Complaint in the above-referenced action, which today is being filed in the United States District Court for the Southern District of New York.

Respectfully submitted,

*Shawn Clark*
Shawn R. Clark, Esq.