UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BERNARD WILKERSON,

                Plaintiff,

19 civ 9340 (JGK)

-against-

METROPOLITAN TRANSPORTATION AUTHORITY,
                Defendants.
-------------------------------------------------------------X

## ORDER

The matter has been selected for mediation.

The parties shall advise the Court on the status of this case within seven (7) days after the conclusion of the mediation. All conferences are adjourned pending the outcome of mediation.

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       December 11, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-11-19