```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BERNARD WILKERSON,                                                 :
:
                Plaintiff,                                    :
:     19-cv-9340 (LJL)
     -v-                                                          :
:     <u>ORDER</u>
METROPOLITAN TRANSPORTATION AUTHORITY, :
et al.,                                                            :
:
                Defendant.                                     :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       A status conference is scheduled in this case for November 9, 2020 at 2:00 p.m. The parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

       It is ORDERED that, by November 2, 2020, the parties shall submit a joint letter to the Court no longer than 3 single-spaced pages, updating the Court on the status of the case. The status letter shall describe with specificity the discovery that has been taken in the case and any remaining discovery that needs to be taken; whether any party intends to bring a motion for summary judgment; whether the parties have had settlement discussions; and the prospects for settlement.

       SO ORDERED

Dated: October 26, 2020                           _____
       New York, New York                            LEWIS J. LIMAN
                                                       United States District Judge