```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
BERNARD WILKERSON,                                                :
                                                                  :
                         Plaintiff,                               :
                                                                  :     19-cv-9340 (LJL)
          -v-                                                     :
                                                                  :     ORDER
METROPOLITAN TRANSPORTATION AUTHORITY,                            :
et al.,                                                           :
                                                                  :
                         Defendants.                              :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

As discussed at the April 23, 2021 post-discovery status conference, Defendants shall file their motion for summary judgment, along with the joint statement of undisputed facts, by June 18, 2021.  Plaintiff shall file his opposition by July 16, 2021, and Defendants shall file their reply by July 30, 2021.

SO ORDERED.

Dated: April 23, 2021
       New York, New York                            _____
                                                            LEWIS J. LIMAN
                                                     United States District Judge