UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
: 
WILKERSON,                                               :
                                                         :
                              Plaintiff,                 :
                                                         :
              -v-                                        :
                                                         :
METROPOLITAN TRANSPORTATION                              :
AUTHORITY, et al.,                                       :
                                                         :
                                                         :
                              Defendants.          X
----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___8/2/2022___
```

19-cv-9340 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

       The motion to supplement the Rule 26(a) disclosures to add Mr. Glenroy Walcott as a witness, Dkt. 63, is granted on the condition (agreed to by Defendants) that Mr. Walcott be made available for deposition and that the attorneys' fees and costs associated with that deposition be paid for by Defendants.  The Joint Pretrial Order is due on August 4, 2022.  The Court will entertain motions by the parties to supplement the Joint Pretrial Order with evidence resulting from the deposition of Mr. Walcott after that deposition is taken.   The final pretrial conference is scheduled for August 17, 2022 at 3:00 p.m. in Courtroom 15C.


       SO ORDERED.


Dated: August 2, 2022
       New York, New York                    _____
                                                   LEWIS J. LIMAN
                                             United States District Judge