UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BERNARD WILKERSON,

                Plaintiff,

      - against -

METROPOLITAN TRANSPORTATION
AUTHORITY, NEW YORK CITY TRANSIT
AUTHORITY, and RICARDO JOHN,
Individually,

                Defendants.
-----------------------------------------------------------x

19-cv-9340 (LJL)

MOTIONS IN LIMINE

      PLEASE TAKE NOTICE that upon the accompanying memorandum of law, defendants will move the Court in limine before the Honorable Lewis J. Liman, United States District Judge, at the Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an order precluding or excluding certain testimony or evidence, dismissing plaintiff's claims for punitive damages as against all defendants and granting other relief as set forth in the memorandum of law.

Dated: New York, New York
       August 4, 2022

                              Respectfully submitted,

                              _____/s/_____
                              Steve S. Efron
                              Attorney for Defendants
                              237 West 35th Street – Suite 1502
                              New York, New York 10001
                              (212) 867-1067