```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
WILKERSON,                                                       :
                                                                 :
                              Plaintiff,                         :
                                                                 :           19-cv-09340 (LJL)
                -v-                                              :
                                                                 :               ORDER
METROPOLITAN TRANSPORTATION AUTHORITY                            :
et al,                                                           :
                                                                 :
                              Defendants.                        :
                                                                 X
---------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

With Plaintiff's consent, the Court dismissed the complaint as against Metropolitan Transportation Authority at today's final pretrial conference.

The Clerk of Court is respectfully directed to terminate Defendant Metropolitan Transportation Authority.

SO ORDERED.

Dated: August 17, 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge